

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAR 04 2013

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| Gerald Wright and Karin Adams, | : |
| Plaintiffs, | : Civil Action No.: 4:13 cv 106 SWW |
| v. | : COMPLAINT AND DEMAND FOR |
| | : JURY TRIAL |
| Sallie Mae, Inc., | : |
| Defendant. | : This case assigned to District Judge Wright |
| | : and to Magistrate Judge Young |

## COMPLAINT

For this Complaint, the Plaintiffs, Gerald Wright and Karin Adams, by undersigned counsel, state as follows:

## JURISDICTION

1. This action arises out of Defendant's repeated violations of the Telephone Consumer Protection Act, 47 U.S.C. § 227, et seq. (the "TCPA").

2. This Court has original jurisdiction over Plaintiffs' TCPA claims. <u>Mims v. Arrow Fin. Serv., LLC</u>, 132 S.Ct. 740 (2012).

3. Supplemental jurisdiction exists pursuant to 28 U.S.C. § 1367.

4. Venue is proper in this District pursuant to 28 U.S.C. § 1391(b), in that Defendant transacts business here and a substantial portion of the acts giving rise to this action occurred here.

## PARTIES

5. The Plaintiffs, Gerald Wright (hereafter "Gerald"), and Karin Adams (hereafter "Karin" and together with Gerald, the "Plaintiffs"), are both adult individuals residing in Cabot, Arkansas.

6. Defendant Sallie Mae, Inc. ("Sallie"), is a Virginia business entity with an address of 12061 Bluemont Way, Reston, Virginia 20190.

## FACTS

7. Within the last year, Sallie contacted Plaintiffs by placing calls to Plaintiffs' cellular phones using an automated telephone dialer system with an artificial or prerecorded voice (hereafter "Robocalls").

8. On at least two occasions, Plaintiffs stayed on the line to speak with a live representative.

9. During these conversations, Plaintiffs requested that Sallie cease all calls to their cellular phones as they had no way of making a payment to Sallie.

10. Despite such requests, Sallie continued to hound Plaintiffs with numerous Robocalls.

### A. Plaintiffs Suffered Actual Damages

11. The Plaintiffs have suffered and continue to suffer actual damages as a result of the Defendant's unlawful conduct.

12. As a direct consequence of the Defendant's acts, practices and conduct, the Plaintiffs suffered and continue to suffer from anger, anxiety and frustration.

## **COUNT I**

## **VIOLATIONS OF THE TELEPHONE CONSUMER PROTECTION ACT – 47 U.S.C. § 227, *ET SEQ.***

13. The Plaintiffs incorporate by reference all of the above paragraphs of this Complaint as though fully stated herein.

14. Defendant contacted Plaintiffs using an automatic telephone dialing system and/or by using a prerecorded or artificial message on a cellular telephone of 47 U.S.C. § 227(b)(1)(A)(iii).

15. Plaintiffs revoked her consent to be contacted by Defendant on their cellular telephone by their repeated demands to cease calling their cellular telephones.

16. The calls from Defendant to Plaintiffs were not placed for "emergency purposes" as defined by 47 U.S.C. § 227(b)(1)(A)(i).

17. Each of the aforementioned calls made by Defendant constitutes a negligent or intentional violation of the TCPA, including each of the aforementioned provisions of 47 U.S.C. § 227, *et. seq*.

18. As a result of each of Defendant's negligent violations of the TCPA, Plaintiffs are entitled to an award of $500.00 in statutory damages for each call in violation of the TCPA pursuant to 47 U.S.C. § 227(b)(3)(B).

19. As a result of each of Defendant's knowing and/or willful violations of the TCPA, Plaintiffs are entitled to an award of treble damages in an amount up to $1,500.00 for each and every violation of the TCPA pursuant to 47 U.S.C. § 227(b)(3)(B) and 47 U.S.C. § 227(b)(3)(C).

20. The Plaintiffs are entitled to damages as a result of the Defendant's violations.

## PRAYER FOR RELIEF

**WHEREFORE**, the Plaintiffs pray that judgment be entered against the Defendants:

1. Statutory damages for each violation pursuant to 47 U.S.C. § 227(b)(3)(B)&(C);

2. Punitive damages; and

3. Such other and further relief as may be just and proper.

**TRIAL BY JURY DEMANDED ON ALL COUNTS**

Dated: February 25, 2013

Respectfully submitted,

By _____
Sergei Lemberg, Esq.
LEMBERG & ASSOCIATES L.L.C.
1100 Summer Street, 3rd Floor
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile: (203) 653-3424
Attorneys for Plaintiffs